# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case no. 11-54164 |
| Patrick George, | Chapter 7 Proceeding |
| Debtor. | Hon. Walter Shapero |
| _____/ | |
| Selwan Kesto, | |
| Plaintiff | Adversary No. 11-06602 |
| v. | |
| Patrick George, | |
| Defendant | |
| _____/ | |

## ORDER REGARDING TRIAL OPINION

For the reasons stated in the contemporaneously entered Trial Opinion, the Court denies Plaintiff's requested relief and finds that the alleged debts at issue are dischargeable.

**IT IS SO ORDERED.**

Signed on September 23, 2016

/s/ Walter Shapero
Walter Shapero
United States Bankruptcy Judge